UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERSTATE RESTORATION LLC,

      Plaintiff,                      Case No. 25-cv-10396
                                                                Hon. Matthew F. Leitman

v.

CHALMERS SQUARE LDHA LP, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: February 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126